IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JEREMY GREY,

    Plaintiff,

v.                                          Case No.:  2:22-cv-02518

OZRAIL MEMPHIS PROPERTY LLC,

    Defendants.

---

NOTICE OF SETTLEMENT

---

    Plaintiff, JEREMY GREY and Defendant, OZRAIL MEMPHIS PROPERTY LLC, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 21st day of April, 2023.

                                              RESPECTFULLY SUBMITTED;

                                              */s/Rebecca J. Hutto*
                                              REBECCA J. HUTTO #39252
                                              Attorney for Plaintiff
                                              208 Adams Avenue
                                              Memphis, Tennessee 38103
                                              (901) 523-1844 – phone
                                              (901) 523-1857 – fax
                                              rebecca@wcwslaw.com

                                              */s /Emma Redden*
                                              Emma Redden

Baker Donelson  
165 Madison Avenue  
Suite 2000  
Memphis, TN 38102  
(901) 577-8158  
eredden@bakerdonelson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of April, 2023, the foregoing document is being served this day on all counsel of record identified on the Service List set forth below via transmission of electronic mail.

<em>/s/ Rebecca J. Hutto</em>

### SERVICE LIST

Emma Redden  
Baker Donelson  
165 Madison Avenue  
Suite 2000  
Memphis, TN 38102  
(901) 577-8158  
eredden@bakerdonelson.com