# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JEREMY GREY, an individual,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:22-cv-02518-JTF-cgc |
| v. ) | |
| ) | |
| **OZRAIL MEMPHIS PROPERTY LLC,** ) | |
| a limited liability company, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in accordance with the Order of Dismissal with Prejudice, entered on June 12, 2023. (ECF No. 23.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                    WENDY OLIVER
UNITED STATES DISTRICT JUDGE                            CLERK


June 12, 2023                                           Ameshia Forrest
DATE                                                    (By) LAW CLERK